UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | MAGISTRATE NO.: _16-9295_ |
| | : | |
| V. | : | CRIMINAL ACTION |
| | : | |
| _Felix Blackman_ | : | ORDER OF RELEASE |
| | : | |

The Court orders the defendant is ordered released on a personal recognizance bond with the following bail conditions:

( ) ~~Reporting, as directed, to U.S. Pretrial Services;~~

(✓) Substance Abuse testing/treatment, as directed by U.S. Pretrial Services;

( ) ~~Mental Health testing/treatment as directed by U.S. Pretrial Services:~~

(✓) ~~The~~ defendant shall appear at all future court proceedings;

( ) Other: _____

_____          _10/26/16_____
DEFENDANT                                                 DATE

It is further ORDERED that the defendant be furnished with a copy of this order and a notice of the penalties applicable to violation of conditions of release.

_____
Honorable Anthony R. Mautone
U.S. Magistrate Judge

_10/26/16_____
DATE